UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELICIA L. PHILLIPS,
    *Plaintiff*,　　　　　　　　　Civil No. 18-12064

v.　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman
　　　　　　　　　　　　　　　　　United States District Judge

NANCY A. BERRYHILL,　　　　　　　Hon. R. Steven Whalen
Acting Commissioner of Social Security,　United States Magistrate Judge
    *Defendant*.
_____/

## JUDGMENT

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings.

　　　　　　　　　　　　　　　　/s/Matthew F. Leitman
　　　　　　　　　　　　　　　　MATTHEW F. LEITMAN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: February 1, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 1, 2019, by electronic means and/or ordinary mail.

　　　　　　　　　　　　　　　　s/Holly A. Monda
　　　　　　　　　　　　　　　　Case Manager
　　　　　　　　　　　　　　　　(810) 341-9764