UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELICIA PHILLIPS,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 18-cv-12064
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S APPLICATION FOR ATTORNEY FEES (ECF NO. 25)

In this action, Plaintiff Felicia Phillips challenged the denial of her applications for Social Security benefits. (*See* Compl., ECF No. 1.) On February 2, 2019, the Court entered a stipulated order remanding Phillips' applications to Defendant Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). (*See* Order, ECF No. 23.)

Phillips has now filed an application for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (*See* Mot., ECF No. 25.) In the application, Phillips seeks $7,183.97 in fees. (*See id.*, PageID.1025.) That amount includes $341.32 in fees incurred by Phillips' local counsel Eva Guerra. (*See* ECF No. 25-3, PageID.1032.)

1

The Commissioner filed a response to Phillips' application on November 6, 2019. (*See* Resp., ECF No. 27.) In the response, the Commissioner did not object to the vast majority of Phillips' fee request. Instead, the Commissioner objected only to the $341.32 in fees related to Guerra's work as local counsel. The Commissioner therefore argued that the Court should award Phillips a total of $6,842.65 in fees. The Court agrees.

For all of the reasons stated in the Commissioner's response brief, Phillips' application for attorney fees is **GRANTED IN PART AND DENIED IN PART**. The Court awards Phillips a total fee award of $6,842.65.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 7, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 7, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764